FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00671-CR

Taylor Eugene **KREGEAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2572-CR-C
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Counsel for appellant has filed an *Anders* brief. Appellant's *pro se* brief is due on February 8, 2023. Counsel for appellant requests a thirty-day extension of appellant's *pro se* brief deadline. After consideration, we GRANT the motion and ORDER appellant's *pro se* brief be filed by March 10, 2023.

It is so **ORDERED** on January 25, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT